IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ALBERT BRUCE SINGLETARY, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 5:04-CV-431 (WDO) |
| | : | |
| SHERIFF MODENA, MAJOR NELSON, CAPTAIN WALKER, CAPTAIN ENNIS, LIEUTENANT BOATWRIGHT and ENLISTED DEPUTIES, | : | |
| | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. § 1983** |
| Defendants | : | **BEFORE THE U.S. MAGISTRATE JUDGE** |

## RECOMMENDATION OF DISMISSAL

On May 17, 2005, **ALBERT SINGLETARY** was granted leave to proceed *in forma pauperis* in the above-captioned matter. Plaintiff was then ordered to supplement his complaint on May 20, 2005. Both orders have since be returned to this court with the notation that plaintiff is not in jail. Plaintiff has failed to advise the court of his change in address. Accordingly, the undersigned **RECOMMENDS** that the within complaint be **DISMISSED**.

Pursuant to 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this **RECOMMENDATION** with the United States District Judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

.   **SO RECOMMENDED**, this 7th day of June, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE