**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **ALBERT BRUCE SINGLETARY,** Plaintiff | : : : : |
| vs. | : **5:04-cv-431 (WDO)** |
| **SHERIFF MODENA, et al.,** Defendants | : : : |

## O R D E R

Without objections, the recommendation of the magistrate judge is **ACCEPTED AND MADE THE ORDER OF THE COURT.**

**SO ORDERED**, this 16th day of June, 2005.

/s Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE